■ MICHAEL DAVIS, Respondent, v XIOMARA MINIER et al., Appellants. [876 NYS2d 868]—Order, Supreme Court, New York

County (Deborah A. Kaplan, J.), entered August 5, 2008, unanimously affirmed for the reasons stated by Kaplan, J., without costs and disbursements. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Catterson and DeGrasse, JJ.